IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSE RAMON VALERO, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 125-030 |
| | ) |
| MERRICK GARLAND, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES WITHOUT PREJUDICE** the petition filed pursuant to 28 U.S.C. § 2241, and **CLOSES** this civil action.

SO ORDERED this 1ST day of April, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA