AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE RAMON VALERO, JR.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25-cv-030

MERRICK GARLAND,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed April 1, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Petitioner Valero's § 2241 Petition is dismissed without prejudice. This case stands closed.



4/1/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk